UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE: )
)
ROCK ISLAND REALTY, LLC, ) Chapter 11
)
Debtor. ) Case No. 15-81508

## MOTION TO ENLARGE TIME TO FILE FINAL DECREE

NOW COMES Rock Island Realty, LLC, Chapter 11 Debtor-in-Possession, by its attorneys, Katz Nowinski P.C. and for its Motion to Enlarge Time to File Final Decree, pursuant to Rule 9006, states:

1. Rock Island Realty filed an emergency Chapter 11 bankruptcy on October 2, 2015.
2. The Court approved the Disclosure Statement on July 11, 2017.
3. Debtor-in-Possession filed its Third Amended Plan on March 9, 2018.
4. The Court entered an Order confirming the Plan on June 28, 2018.
5. The Final Decree is due October 15, 2018, and this motion is timely filed.
6. Counsel has a completed draft of the Motion for Entry of Final Decree.
7. As of the time of this filing, Debtor still has $7,469.50 in approved administrative expenses still owed.
8. It is anticipated that such administrative expenses will be paid shortly.
9. The entry of a Final Decree, while administrative expenses are still owing, is premature.
10. Counsel wishes to extend the deadline to file the Final Decree to October 31, 2018 to ensure payment of all administrative expenses.

11. The case is ripe for entry of a final decree because the steps of the Plan are otherwise proceeding.

WHEREFORE, Rock Island Realty, LLC, Chapter 11 Debtor-in-Possession requests that the Court enter an order extending the deadline to file the Final Decree until October 31, 2018, and for such other and further relief as the Court may deem just and proper.

Rock Island Realty, LLC,<br>
Chapter 11 Debtor-in-Possession,<br><br>
By: _____<br>
Dale G. Haake (03124381)

KATZ NOWINSKI P. C.
Attorneys for Chapter 11 Debtor-in-Possession
1000 36th Avenue
Moline, IL 61265
Telephone: 309-797-3000
Email: dhaake@katzlawfirm.com
S:\DGH\PLEAD\19562-1.RI.Realty.Mtn.Enlarge.Time.Final.Decree.docx

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing MOTION FOR ENTRY OF FINAL DECREE was served upon all parties to the above cause, to each of the attorneys of record herein, at the respective addresses or via electronic service set forth below on October 15, 2018.

**15-81508 Notice will be electronically mailed to:**

Dale G Haake on behalf of Debtor Rock Island Realty, LLC
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

Dale G Haake on behalf of Plaintiff Rock Island Realty, LLC
dhaake@katzlawfirm.com, vkennedy@katzlawfirm.com;awierenga@katzlawfirm.com

David G. Morrison on behalf of Creditor City of Rock Island
dmorrison@mmcwlaw.com, woolleybear@att.net,mwoolley@mmcwlaw.com

Sabrina M Petesch on behalf of U.S. Trustee U.S. Trustee
sabrina.m.petesch@usdoj.gov

Abby Lynn Sgro on behalf of Creditor Rock Island County Illinois
asgro@giffinwinning.com, leighs@giffinwinning.com

Abby Lynn Sgro on behalf of Defendant Rock Island County
asgro@giffinwinning.com, leighs@giffinwinning.com

Abby Lynn Sgro on behalf of Interested Party Rock Island County Illinois
asgro@giffinwinning.com, leighs@giffinwinning.com

Christopher E Sherer on behalf of Creditor Rock Island County Illinois
csherer@giffinwinning.com, LeighG@giffinwinning.com

Christopher E Sherer on behalf of Defendant Rock Island County
csherer@giffinwinning.com, LeighG@giffinwinning.com

Christopher E Sherer on behalf of Interested Party Rock Island County Illinois
csherer@giffinwinning.com, LeighG@giffinwinning.com

Kathy Swett on behalf of Creditor Rock Island County Illinois
swettk@co.rock-island.il.us, logginst@co.rock-island.il.us

Kathy Swett on behalf of Defendant Rock Island County
swettk@co.rock-island.il.us, logginst@co.rock-island.il.us

Kathy Swett on behalf of Interested Party Rock Island County Illinois
swettk@co.rock-island.il.us, logginst@co.rock-island.il.us

U.S. Trustee
USTPRegion10.PE.ECF@usdoj.gov

**Courtesy copy to:**
Rock Island Realty, LLC.


/s/ Dale G. Haake
Dale G. Haake (03124381)
Katz Nowinski P.C.
1000 36th Avenue
Moline, IL 61265
309-797-3000
dhaake@katzlawfirm.com